No. 9575.   STATE OF MONTANA ex rel. FRED HERZOG, PETITIONER, *v.* DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the COUNTY OF YELLOWSTONE, and *GUY C. DERRY,* a Judge thereof, RESPONDENTS.

285 Pac. (2d) 837.

Decided July 12, 1955.

*Andrew G. Sutton,* Billings, for Petitioner.

Per Curiam.

Original proceeding applying for a writ of supervisory control to be directed against the district court of Yellowstone County to review proceedings subsequent to final decree in a divorce action wherein is sought modification of an alimony award and also a citation for contempt for relator's default in the payment of alimony.

The writ is denied, the proceedings in this court are dismissed and it is so ordered.